```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 12547
    JOHN K NEELAND
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-4500


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 07/13/2007 and was not confirmed.

    The case was dismissed without confirmation 09/24/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------------
CARLA NEELY                DSO ARREARS    NOT FILED            .00            .00
CARLA NEELY                PRIORITY       NOT FILED            .00            .00
CYRSTAL DILLER             NOTICE ONLY    NOT FILED            .00            .00
IDES                       PRIORITY       NOT FILED            .00            .00
ILLINOIS ATTORNEY GENERA   NOTICE ONLY    NOT FILED            .00            .00
INTERNAL REVENUE SERVICE   PRIORITY        22800.34            .00            .00
AFNI INC                   UNSECURED      NOT FILED            .00            .00
AMERILOAN                  NOTICE ONLY    NOT FILED            .00            .00
ARNOLD SCOTT HARRIS        NOTICE ONLY    NOT FILED            .00            .00
ASSET ACCEPTANCE LLC       NOTICE ONLY    NOT FILED            .00            .00
BALLYS TOTAL FITNESS       UNSECURED      NOT FILED            .00            .00
CAPITAL ONE                UNSECURED         1037.01           .00            .00
CARLA NEELY                NOTICE ONLY    NOT FILED            .00            .00
CBE GROUP                  UNSECURED      NOT FILED            .00            .00
CERTIFIED RECOVERY         UNSECURED      NOT FILED            .00            .00
CHASE AUTO                 UNSECURED      NOT FILED            .00            .00
CHICAGO DEPT OF REV        UNSECURED      NOT FILED            .00            .00
CHICAGO DEPT OF REVENUE    UNSECURED      NOT FILED            .00            .00
CR SYSTEM INTR             UNSECURED      NOT FILED            .00            .00
CYBAK & ASSOC              NOTICE ONLY    NOT FILED            .00            .00
IL DEPT OF EMPLOYMENT SE   UNSECURED         1326.00           .00            .00
DEPENDON COLLECTION SE     UNSECURED      NOT FILED            .00            .00
PREMIER BANCARD CHARTER    UNSECURED          546.28           .00            .00
HSBC NV                    NOTICE ONLY    NOT FILED            .00            .00
ILL COLL SVC               UNSECURED      NOT FILED            .00            .00
ILL COLL SVC               UNSECURED      NOT FILED            .00            .00
ILL COLL SVC               UNSECURED      NOT FILED            .00            .00
JEFFREY A ALBERT           NOTICE ONLY    NOT FILED            .00            .00
NICOR GAS                  UNSECURED      NOT FILED            .00            .00
NUVELL CREDIT COMPANY LL   UNSECURED        22225.71           .00            .00
OMNIUM WORLDWIDE           UNSECURED      NOT FILED            .00            .00
OVERLAND BOND & INVESTME   UNSECURED      NOT FILED            .00            .00
SALLIE MAE INC             UNSECURED        24604.69           .00            .00
STATE COLLECTION SERVICE   UNSECURED      NOT FILED            .00            .00
STATE COLLECTION SERVICE   UNSECURED      NOT FILED            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 12547 JOHN K NEELAND
```

```
WORKPLUS OCCUPAATIONAL H  UNSECURED      NOT FILED             .00          .00
ASSET ACCEPTANCE LLC      UNSECURED         216.84             .00          .00
NUVELL CREDIT CO LLC      UNSECURED             .00            .00          .00
INTERNAL REVENUE SERVICE  UNSECURED         7333.52            .00          .00
AAFES                     UNSECURED         1623.40            .00          .00
LEGAL HELPERS PC          DEBTOR ATTY     2,400.00                          .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                       ---------------      ---------------
TOTALS                        .00                     .00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


   Dated: 12/27/07                    /s/ Tom Vaughn
                                      _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE




                        PAGE   2
        CASE NO. 07 B 12547 JOHN K NEELAND